PROB 12C
(6/16)

Report Date: April 28, 2022

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 28, 2022

SEAN F. McAVOY, CLERK

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Benjamin Joseph Negrete          Case Number: 0980 2:22CR00013-TOR-1

Address of Offender:                    Clarkston, Washington 994023

Name of Sentencing Judicial Officer:  The Honorable B. Lynn Winmill, U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 7, 2020

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) & (b)(1)(c) | |
| Original Sentence: | Prison - 37 months TSR - 72 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: November 4, 2021 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: November 3, 2027 |

## PETITIONING THE COURT

To issue a **warrant**.

On November 7, 2021, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Negrete as outlined in the judgment and sentence. Mr. Negrete acknowledged an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: On March 28, 2022, Mr. Negrete allegedly violated mandatory condition number 1, by being named as the alleged suspect for the following: second degree assault, first degree robbery, second degree identity theft, and three counts of financial fraud/possession of payment instrument, pursuant to Kalispel Tribal Police Department (KTPD) incident report, number 2022-82002286.

According the KTPD incident report, number 2022-82002286, local law enforcement officers were dispatched to Northern Quest Casino for a call for service regarding an assault and theft. The assailant assaulted the victim in the casino bathroom by striking him with his fist causing lacerations to his face and head. Following the assault, the assailant stole the victim's wallet, phone, and casino earnings before fleeing the scene.

The law enforcement officers interviewed the victim, used video footage, and distributed flyers amongst local agencies to assist in the investigation and identifying the suspect. Mr.

Prob12C

**Re: Negrete, Benjamin Joseph**
**April 28, 2022**
**Page 2**

Negrete was identified as the assailant and KTPD filed charging documents to the prosecuting attorney for the aforementioned crimes.

2      **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: On April 16, 2022, Mr. Negrete allegedly violated mandatory condition number 1 after being cited for third degree theft pursuant to Clarkston Police Department (CPD) report/incident number 22P02075.

According to CPD report number 22P0275, law enforcement was called to Walmart following a theft. Walmart loss prevention staff observed Mr. Negrete grab items from the store, bypass the checkout lanes, and exit the building without paying for the merchandise. CPD was notified and given a description of Mr. Negrete and his vehicle. Moments later, CPD conducted a traffic stop as Mr. Negrete was leaving the parking lot. When Mr. Negrete was questioned about the stolen property, he admitted his wrongdoings by attempting to steal these items. The unpaid merchandise was returned to the store and Mr. Negrete was cited for third degree theft.

3      **Special Condition #3:** The defendant shall participate in a program of testing and treatment for drug and alcohol abuse, as directed by the probation officer. The cost to be paid by both the defendant and the government based upon the defendants ability to pay.

**Supporting Evidence:** It is alleged that Mr. Negrete violated special condition 3 by failing to provide a urine sample as directed. Specifically, on April 20 and April 25, 2022, the undersigned officer received Quality Behavioral Health documents indicating that on those dates, Mr. Negrete failed to provide a urine sample within business hours of operation.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/28/2022

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[  ]      No Action
[X]      The Issuance of a Warrant
[  ]      The Issuance of a Summons
[  ]      Other

Thomas O. Rice
United States District Judge
April 28, 2022

Date