PROB 12C
(6/16)

Report Date: August 30, 2022

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 30, 2022

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Benjamin Joseph NegreteCase Number: 0980 2:22CR00013-TOR-1

Address of Offender: ▉▉▉▉▉▉▉▉▉▉ Clarkston, Washington 994023

Name of Sentencing Judicial Officer:  The Honorable B. Lynn Winmill, U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 7, 2021

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine , 21 U.S.C. § 841(a)(1) & (b)(1)(C) | |
| Original Sentence: | Prison - 37 months<br>TSR - 72 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced:  November 4, 2021 |
| Defense Attorney: | Amy Rubin | Date Supervision Expires:  November 3, 2027 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 04/28/2022.

On November 7, 2021, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Negrete as outlined in the judgment and sentence. Mr. Negrete acknowledged an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: It is alleged Mr. Negrete violated the above-stated condition on May 9, 2022. On this date, Mr. Negrete is alleged to have committed the crime of second degree robbery in North Bend, Washington.<br><br>According the Snoqualmie Police Department (SPD) incident report number 22N-1682, local law enforcement officers were dispatched to Yeti Vape and Smoke Shop for a robbery in progress. The store employee reported a customer tried to use a counterfeit $50 bill to purchase merchandise. The counterfeit $50 bill was rejected by the clerk which prompted the customer to demand she give him all the money in the register and stated "Don't make me hurt you." The employee complied and gave the male approximately $448 in cash. He then demanded a pack of cigarettes and grabbed a soda before leaving the business.<br><br>Charges for second degree robbery remain pending.  A warrant was issued on August 29, 2022, in relation to this matter. |

Prob12C
**Re: Negrete, Benjamin Joseph**
**August 30, 2022**
Page 2

            Through eye witness testimony and investigative efforts of law enforcement, Mr. Negrete was identified as the assailant in this crime on May 19, 2022.

5      **Standard Condition # 3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

      **Supporting Evidence**: It is alleged Mr. Negrete violated the above-stated condition on May 9, 2022. On this date, Mr. Negrete is alleged to have left the Eastern District of Washington without approval of the Court or probation officer.

      According the Snoqualmie Police Department (SPD) incident report number 22N-1682, Mr. Negrete was identified as the assailant of second degree robbery in North Bend, Washington. Mr. Negrete did not have permission by the Court or probation officer to leave the Eastern District of Washington on this day.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/30/2022

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[X]  Other: All pending violations will be addressed at the Revocation of Supervised hearing set for September 15, 2022.

Thomas O. Rice
United States District Judge

August 30, 2022
Date