PROB 12C
(6/16)

Report Date: February 21, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 22, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Benjamin Joseph Negrete      Case Number: 0980 2:22CR00013-TOR-1

Address of Offender:                , Clarkston, Washington 994023

Name of Sentencing Judicial Officer: The Honorable B. Lynn Winmill, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 7, 2021

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) & (b)(1)(C) |
| Original Sentence: | Prison - 37 months         Type of Supervision: Supervised Release<br>TSR - 72 months |
| Revocation Sentence:<br>(December 8, 2022) | Prison - 20 months<br>TSR - 40 months |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard         Date Supervision Commenced: January 8, 2024 |
| Defense Attorney: | Amy Rubin                    Date Supervision Expires: May 7, 2027 |

## PETITIONING THE COURT

To issue a **warrant**.

On January 12, 2024, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Negrete as outlined in the judgment and sentence. Mr. Negrete acknowledged and understanding of those conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |

**Supporting Evidence**: Mr. Negrete allegedly violated the above-stated condition of supervision by using illicit controlled substances, specifically methamphetamine, on or about February 4, 2024.

On February 7, 2024, Mr. Negrete reported for a scheduled office appointment. He was asked about his sobriety in which he disclosed he had recently used methamphetamine. Additionally, Mr. Negrete signed an admission of use form.

| | |
|---|---|
| 2 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |

Prob12C
Re: Negrete, Benjamin Joseph
February 21, 2024
Page 2

**Supporting Evidence**: It is alleged that Mr. Negrete violated the above-stated condition of supervision by using illicit controlled substances, specifically methamphetamine, on or about February 11, 2024.

On February 13, 2024, the undersigned officer contacted Mr. Negrete to check in. Mr. Negrete was asked about his sobriety and he admitted to using methamphetamine on or about February 11, 2024.

3   **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: It is alleged that Mr. Negrete violated the above-stated condition of supervision by using illicit controlled substances, specifically methamphetamine, on or about February 15, 16, and 19, 2024.

Specifically, on February 20, 2024, Mr. Negrete was asked to provide a random urine sample. The undersigned officer collecting the sample observed what appeared to be a deception device being used by Mr. Negrete in an attempt to pass his urinalysis. The undersigned officer directed Mr. Negrete to remove the deception device and he eventually complied. Mr. Negrete admitted to using the deception device in an attempt to circumvent the detection of his recent use of controlled substances. He signed an admission of use form confirming his illegal drug use as well as his possession of a deceptive device.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/21/2024

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge

February 22, 2024

Date