PROB 12C
(6/16)

Report Date: April 17, 2024

United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 17, 2024

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

| | |
|---|---|
| Name of Offender: Benjamin Joseph Negrete | Case Number: 0980 2:22CR00013-TOR-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮ Clarkston, Washington 994023 | |

Name of Sentencing Judicial Officer: The Honorable B. Lynn Winmill, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 7, 2021

| | | | |
|---|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(C) | | |
| Original Sentence: | Prison - 37 months; TSR - 72 months | Type of Supervision: Supervised Release | |
| Revocation Sentence: (December 8, 2022) | Prison - 20 months; TSR - 40 months | | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: January 8, 2024 | |
| Defense Attorney: | Amy Rubin | Date Supervision Expires: May 7, 2027 | |

**PETITIONING THE COURT**

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/21/2024.

On January 12, 2024, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Negrete as outlined in the judgment and sentence. Mr. Negrete acknowledged and understanding of those conditions.

On March 27, 2024, Your Honor imposed additional conditions during a revocation of supervised release hearing. Mr. Negrete acknowledged an understanding of those conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Additional Condition #2(b) (ordered 03/27/24)**: Defendant shall enter into and complete an inpatient treatment program: If Defendant quits or is terminated from the inpatient treatment program before it is completed, the treatment provider and Defendant shall immediately notify the U.S. Probation Officer. Defendant will then be returned to the custody of the U.S. Marshal pending further hearings. |

Prob12C
Re: Negrete, Benjamin Joseph
April 17, 2024
Page 2

**Supporting Evidence**: Mr. Negrete allegedly violated the above-stated condition of supervision by unsuccessfully discharging from inpatient treatment on or about April 16, 2024.

On April 17, 2024, the undersigned officer received communication from counselors with Pioneer Center East (PCE) explaining Mr. Negrete was terminated from inpatient treatment for violating the rules of the program on April 16, 2024.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 17, 2024

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[X]   Other : ***Defendant shall remain in custody pending the Revocation hearing scheduled for 5/15/2024.***

Thomas O. Rice
United States District Judge

April 17, 2024
Date